*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 13, 2015          520164
_____

In the Matter of NICK CASTALDI,
                    Petitioner,

        v

NEW YORK STATE DEPARTMENT OF
    CORRECTIONS AND COMMUNITY          MEMORANDUM AND JUDGMENT
    SUPERVISION, G. NILES, as
    Deputy Superintendent of
    Security, Eastern
    Correctional Facility,
                    Respondent.
_____

Calendar Date:  June 8, 2015

Before:  McCarthy, J.P., Garry, Rose and Devine, JJ.

                    _____


        Nick Castaldi, Nananoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Kingston County)
to review a determination of the Superintendent of Eastern
Correctional Facility which found petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Garry, Rose and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court